**JOHN R. CAMPO, ESQ. [SBN 157137]**
**GEOFFREY HUTCHINSON [SBN 212050]**
**BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP**
643 Bair Island Road, Suite 400
Redwood City, CA  94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981

Attorneys for: Plaintiff,
OLD REPUBLIC GENERAL INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, a Illinois Corporation,<br><br>Plaintiff<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a business entity form unknown; FINANCIAL PACIFIC INSURANCE COMPANY; EXECUTIVE RISK INDEMNITY, INC., a business entity form unknown and DOES 1 - 10, inclusive,<br><br>Defendants | Case No:  2:20-CV-01426-KJM-JDP<br><br>STIPULATION AND ORDER TO STAY ACTION AND VACATE ALL OPERATIVE DATES<br><br>Judge:  Hon. Kimberly J. Mueller, Courtroom 3 |

The parties to this action, plaintiff Old Republic General Insurance Corporation ("Old Republic") and defendants Admiral Insurance Company ("Admiral"), Executive Risk Indemnity Company ("Executive") and Financial Pacific Insurance Company ("Financial Pacific"), through their counsel, hereby stipulate and seek an Order as follows:

1.     This action is an insurance coverage dispute ("Coverage Action") involving the alleged rights of Old Republic, Admiral, Executive and Financial Pacific to defend and indemnify alleged additional insureds Bay Cities Paving & Grading and the California

1
STIPULATION AND ORDER TO STAY ACTION AND VACATE ALL OPERATIVE DATES
[2:20-CV-01426-KJM-JDP]

Department of Transportation in an action, *Frances McLeod et al. v. State of California, Bay Cities Paving & Grading, et al.*, Superior Court of California, County of San Joaquin, case no. STK-CV-UPI-2019-8975 (the "Underlying Action"). The parties have reached an interim agreement for the defense of the Underlying Action, the main issue for adjudication currently in the Coverage Action, and seek to stay the Coverage Action until the Underlying Action is resolved. In the meantime, the parties to the Coverage Action will be jointly funding the defense of the alleged additional insureds pending resolution of the Underlying Action while reserving all rights to revisit their obligations and the proper allocations of the defense burden and indemnity burden, if any.

2. The Coverage Action arises out of and depends for resolution on facts at issue in the Underlying Action. The Underlying Action is a wrongful death case resulting from an accident on a portion of highway under construction. Old Republic contends the instant Defendants have the sole obligation to defend the additional insureds. Defendants deny Old Republic's contentions.

3. The Underlying Action was filed July 15, 2019 and is now set for trial on November 8, 2021. Discovery in the Underlying Action is ongoing and active. Experts have not yet been designated nor deposed.

4. The instant parties have not previously requested continuance of the case schedule in the Coverage Action.

5. Discovery in the Coverage Action closed on July 15, 2021. The Court's scheduling order contemplates that dispositive motions shall be heard by December 17, 2021.

6. The Coverage Action Parties agree information that will be forthcoming from discovery and the trial of the Underlying Action, but not yet available for dispositive motions, potentially may result in conflicting outcomes in the Coverage Action and possible re-litigation of issues heard in motions for summary judgment or partial summary judgment and trial in the Coverage Action.

7. Information generated in the Underlying Action also may influence the parties in terms of a compromise of issues remaining in the Coverage Action.

8. The parties to this Coverage Action stipulate and agree to a stay of the Coverage Action and vacating of all dates currently set for proceeding in the Coverage Action. The Stay shall remain in effect until 30 days after the Underlying Action is finally resolved. The parties shall then meet and confer for a new scheduling plan in the Coverage Action, if necessary, and apply to this Court to implement said schedule.

So Stipulated.

Dated:  September 22, 2021          BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP

By:   /s/ Geoffrey Hutchinson
      JOHN R. CAMPO
      GEOFFREY HUTCHINSON
      Attorneys for Plaintiff, OLD REPUBLIC
      GENERAL INSURANCE CORPORATION

Dated:  September 22, 2021          WOLKIN CURRAN, LLP

By:   /s/ Catharine M. Tolson
      BRANDT L. WOLKIN
      CATHARINE M. TOLSON
      Attorneys for Defendant, ADMIRAL INSURANCE
      COMPANY

Dated:  September 22, 2021          MORALES FIERRO & REEVES

By:   /s/ Laurence Near
      RAMIRO MORALES
      LAURENCE NEAR
      Attorneys for Defendant, EXECUTIVE RISK
      INDEMNITY, INC.

3
STIPULATION AND ORDER TO STAY ACTION AND VACATE ALL OPERATIVE DATES
[2:20-CV-01426-KJM-JDP]

BRANSON BRINKOP GRIFFITH & CAMPO LLP

1  Dated: September 22, 2021            GORDON REES SCULLY MANSUKHANI, LLP
2
3                                       By:  /s/ Arthur Schwartz
                                             ARTHUR SCHWARTZ
4                                            RODOLFO OROZCO BEAS
                                             Attorneys for Defendant, FINANCIAL PACIFIC
5                                            INSURANCE COMPANY
6
7        Filer's Attestation:  Pursuant to Section 2(f)(4) of the Electronic Case Filing
8  Administrative Policies and Procedures Manual, Geoffrey Hutchinson hereby attests that all
9  signatories concur in the filing's contents and have authorized the filing.

4

STIPULATION AND ORDER TO STAY ACTION AND VACATE ALL OPERATIVE DATES
[2:20-CV-01426-KJM-JDP]

**ORDER**

The Court, having considered the Parties' Stipulation and, Good Cause Appearing, hereby stays this Coverage Action and vacates all currently pending dates in that action. The Parties shall advise the Court of the resolution of the Underlying Action within 30 days of that resolution and shall provide the Court at that time with a new scheduling plan for this Coverage Action.

So Ordered.

Dated: September 27, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE